**Dedi HARIANTO, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney
General of the United States,
Respondent.**

No. 12–3837.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 15, 2013.

Filed: Aug. 21, 2013.

David M. Haghighi, Law Offices of David Haghighi, Los Angeles, CA, for Petitioner.

Wendy Benner–Leon, Karen Yolanda Drummond, Richard M. Evans, Andrew

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

Oliveira, U.S. Department of Justice, Washington, DC, for Respondent.

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Indonesian citizen Dedi Harianto petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's decision denying him asylum and withholding of removal.[1]  After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the record as a whole.  *See La v. Holder,* 701 F.3d 566, 570, 572–73 (8th Cir.2012) (substantial-evidence standard for asylum claim; denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations).  Accordingly, we deny the petition for review.  *See* 8th Cir. R. 47B.

---

1. Harianto was also denied relief under the Convention Against Torture, but he does not address this claim in his brief.  *See Chay-*

*Velasquez v. Ashcroft,* 367 F.3d 751, 756 (8th Cir.2004) (petitioner waives claim that is not meaningfully raised in opening brief).